UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID RUBIN,

                         Plaintiff,                            JUDGMENT

  v.                                                             20-cv-04566-FB-SJB

HSBC BANK USA, NA, EQUIFAX
INFORMATION SERVICES LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                        Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 10, 2024; and defendant HSBC Bank USA, N.A. ("HSBC"), having offered to allow entry of judgment to be taken against them and in favor of Plaintiff David Rubin in the amount of $250,000.00 (two-hundred fifty thousand dollars and no cents), inclusive of any and all actual, statutory and punitive damages, including any applicable interest, as may be awardable under 15 U.S.C. §§ 1681n and 1681o; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff David Rubin and against Defendant HSBC Bank USA, N.A in the amount of $250,000.00 (two-hundred fifty thousand dollars and no cents), inclusive of any and all actual, statutory and punitive damages, including any applicable interest, as may be awardable under 15 U.S.C. §§ 1681n and 1681o.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
       May 29, 2024                                               Clerk of Court

                                                              By:    */s/Jalitza Poveda*
                                                                         Deputy Clerk