UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DAVID RUBIN,

                Plaintiff,                         AMENDED JUDGMENT

v.                                                          20-cv-04566-FB-SJB

HSBC BANK USA, NA, EQUIFAX
INFORMATION SERVICES LLC, and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                Defendants.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 10, 2024; and defendant HSBC Bank USA, N.A. ("HSBC"), having offered to allow entry of judgment to be taken against them and in favor of Plaintiff David Rubin in the amount of $250,000.00 (two-hundred fifty thousand dollars and no cents), inclusive of any and all actual, statutory and punitive damages, including any applicable interest, as may be awardable under 15 U.S.C. §§ 1681n and 1681o; and an Order of the Honorable Frederic Block, United States District Court having been filed on June 6, 2024, directing the Clerk of Court to amend judgment; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff David Rubin and against Defendant HSBC Bank USA, N.A in the amount of $250,000.00 (two-hundred fifty thousand dollars and no cents), inclusive of any and all actual, statutory and punitive damages, including any applicable interest, as may be awardable under 15 U.S.C. §§ 1681n and 1681o; that in addition, Plaintiff may apply to the Court for costs of the action together with reasonable attorneys' fees incurred to the date of this offer as determined by the Court as may be awardable under 15 U.S.C. §§ 1681n and 1681o, subject to any opposition HSBC submits in response to

any such application; and that in addition, HSBC shall release Plaintiff of liability for any outstanding balance on the HSBC Gold Mastercard Account ending in 2229 (the "Account") and request that the consumer reporting agencies to which HSBC reported the Account to remove the Account from Plaintiff's consumer credit file to the extent the Account has not already been so removed.

Dated: Brooklyn, New York  
       June 7, 2024

Brenna B. Mahoney  
Clerk of Court

By:   <u>/s/Jalitza Poveda</u>  
       Deputy Clerk